O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CV 14-03884 DDP (Ex) |
| Plaintiff, | ) | **ORDER STRIKING DEFENDANTS'** |
| | ) | **"SECOND RESPONSE TO SUMMONS AND** |
| v. | ) | **COMPLAINT"** |
| | ) | |
| IVAN M. FORBES; ELKE J. | ) | [DOCKET NUMBER 27] |
| FORBES, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Presently before the Court is Plaintiff's motion to strike Defendants' "Second Response to Summons and Complaint," (Dkt. No. 26), in its entirety. (Dkt. No. 27.) The Court previously struck Defendants' first "Response to Summons and Complaint" as being entirely composed of immaterial statements and insufficient defenses. (Dkt. No. 25.) The "Second Response" rehearses exactly the same arguments as Defendants' first "Response": namely, that jurisdiction is not proper and that Plaintiff was required to verify the allegations in the Complaint with sworn declarations. (Dkt. No. 26 at ¶¶ 2-4.) As Defendants have still not stated a cognizable objection to the Court's jurisdiction, and as it is

1   still the case that the Complaint need not be supported by sworn

2   declarations, these arguments are no more availing here than they

3   were the first time.

4       Defendants also apparently argue that the United States is not

5   the "real party in interest" in this case, and they ask the Court

6   to "compel the real party in interest in this action." (Id. at ¶

7   5.)  The United States government is self-evidently, and by

8   statute, the correct party to bring an action to collect taxes owed

9   to the United States government:

10      The district courts of the United States *at the instance of*

11      *the United States* shall have such jurisdiction . . . to render

12      such judgments and decrees as may be necessary or appropriate

13      for the enforcement of the internal revenue laws. The remedies

14      hereby provided are in addition to and not exclusive of any

15      and all other remedies *of the United States* in such courts or

16      otherwise to enforce such laws.

17  26 U.S.C. § 7402(a) (emphases added).  There is no other necessary

18  party to the action.

19      Because Defendants' "Second Response" is, much like the first,

20  unresponsive to the Complaint, and because it still states no

21  sufficient defenses, the motion to strike is GRANTED.

22

23  IT IS SO ORDERED.

24

25

26  Dated: November 19, 2014

27                              DEAN D. PREGERSON
                                United States District Judge

28

2